IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL DIVISION

**JUDY ANN RUSS,**

       **Plaintiff,**

CASE NO.:

vs.

**CRACKER BARREL OLD COUNTRY STORE, INC.**

       **Defendant.**        /

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW, Plaintiff, JUDY ANN RUSS, by and through the undersigned counsel, and sues Defendant, CRACKER BARREL OLD COUNTRY STORE, INC., alleging as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter in that it is an action for damages that exceed Fifty Thousand Dollars ($50,000.00).
2. Venue is proper in Lee County as the subject property is located in Lee County, Florida.

**GENERAL ALLEGATIONS**

3. Defendant, CRACKER BARREL OLD COUNTRY STORE, INC. is now, and at all times herein mentioned was, a Foreign Profit Corporation duly organized and existing under the laws of Tennessee and duly authorized and licensed to do business in the State of Florida.
4. On or about October 25, 2019, Defendant CRACKER BARREL OLD COUNTRY STORE, INC. owned, operated, managed and/or controlled the subject premises, including but not limited to the rocking chairs therein located at 4260 Boatways Rd. Fort Myers, Lee County, Florida, that was open to the general public.
5. At all times material to this cause of action, Plaintiff, JUDY ANN RUSS was a patron of the restaurant, and therefore was upon the premises as a business invitee.

6. On or about October 25, 2019, Plaintiff, JUDY ANN RUSS, was injured when she tripped and fell over a concealed cable that was securing a rocking chair in the front of the restaurant at the subject premises.

7. The concealed cable was located where it is foreseeable that patrons of the subject premises would use the rocking chairs, and thus constituted an unreasonably dangerous condition, and there were no warning signs to alert patrons of said dangerous condition.

## NEGLIGENCE OF CRACKER BARREL OLD COUNTRY STORE, INC.

Plaintiff realleges paragraphs one (1) through seven (7) as fully set forth herein and further alleges:

8. At all times material to this cause of action, Defendant, CRACKER BARREL OLD COUNTRY STORE, INC., as owner, operator, and/or manager, or entity in actual control of said premises, had a duty of reasonable care to maintain the premises in a reasonably safe condition for the safety of invitees on the premises.

9. Defendant, CRACKER BARREL OLD COUNTRY STORE, INC., its agents, servants and/or employees, acted negligently by failing to exercise reasonable care by, among other things:

    a. Failing to provide a safe place for their invitees;
    b. Creating an unreasonably dangerous condition;
    c. Carelessly and negligently permitting and allowing a condition to remain on the premises which involved unreasonable risk of harm to another person;
    d. Failing to inspect, discover and correct the aforementioned dangerous condition;
    e. Carelessly and negligently failing to take reasonable precautions to guard or protect Plaintiff against said dangerous or hazardous condition; and,
    f. Failing to properly warn Plaintiff of the dangerous condition or to provide proper protection against the same.

10. Defendant, CRACKER BARREL OLD COUNTRY STORE, INC., knew, or in the exercise of reasonable care should have known, of the existence of the dangerous or

hazardous condition as described above, and Defendant was negligent in not eliminating said dangerous condition.

11. As a result, Plaintiff, JUDY ANN RUSS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, aggravation of a pre-existing condition, loss of earnings, loss of ability to earn in the future, and medical care and treatment. The losses are permanent and continuing in nature and the Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, JUDY ANN RUSS, sues the Defendant, CRACKER BARREL OLD COUNTRY STORE, INC., for compensatory damages in an amount in excess of Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs and attorney fees, and demands a trial by jury of all issues triable as of right by a jury.

GOLDSTEIN, BUCKLEY, CECHMAN,
RICE & PURTZ, P.A.
Attorneys for Plaintiff
Post Office Box 2366
Fort Myers, Florida  33902-2366
(239) 334-1146

By: */s/CHRISTOPHER J. SMITH*
    CHRISTOPHER J. SMITH
        Florida Bar No. 0046260
        CJS@gbclaw.com
        CJSservice@gbclaw.com

By: */s/EVE T. K. VOLKMANN*
    EVE T. K. VOLMANN
        Florida Bar No. 1018296
        ETV@gbclaw.com
        ETVservice@gbclaw.com